IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4
In Case Number 1-18-CV-01180-LO-TCB, Case Name August Wolf v Samantha Menh
Party Represented by Applicant: Samantha Menh

F I L E D
DEC 13 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) GARY PHELAN
Bar Identification Number _CT03670_         State ___CT___
Firm Name MITCHELL & SHEAHAN, P.C.
Firm Phone # _(203) 873-0240_    Direct Dial # _____    FAX # (203) 873-0235
E-Mail Address _gphelan@mitchellandsheahan.com
Office Mailing Address _80 Ferry Blvd., Suite 216, Stratford, CT 06615

Name(s) of federal court(s) in which I have been admitted _Connecticut, Southern District of New York, U.S. Court of Appeals, Second Circuit, U.S. Supreme Court_

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.
_____ (Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____ (Signature)    12/11/18 (Date)
Thomas W. Mitchell (Typed or Printed Name)    24871 (VA Bar Number)

Court Use Only:
Clerk's Fee Paid ✓mc  or Exemption Granted _____

The motion for admission is GRANTED ✓ or DENIED _____

_____ (Judge's Signature)    Dec 13, 2018 (Date)
Liam O'Grady
United States District Judge