IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| AUGUST LOUIS WOLF | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case 1:18-cv-01180-LO-TCB |
| | ) | |
| | ) | |
| SAMANTHA MENH | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# CONSENT MOTION TO RESET HEARING

Plaintiff, August Louis Wolf, by counsel, pursuant Local Civil Rule 7(F), respectfully moves the Court to reset the hearing on Defendant, Samantha Menh's, motion to dismiss currently noticed for January 4, 2019.

The arguments and legal bases for this Motion are stated more fully in Plaintiff's Memorandum in Support of Motion, being filed contemporaneously with this Motion.

The parties waive a hearing on this Motion.

WHEREFORE, Plaintiff respectfully requests the Court to enter an Order (1) granting Plaintiff's motion; (2) resetting the hearing on Defendant's motion to dismiss to take place on February 1, 2019 at 10:00 a.m.; and (3) awarding such further relief as the Court deems proper.

Signature of Counsel on Next Page

AUGUST LOUIS WOLF


By:  */s/ Steven S. Biss*
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone:    (804) 501-8272
        Facsimile:    (202) 318-4098
        Email:       **stevenbiss@earthlink.net**

        *Counsel for the Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2018 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for Defendant and all interested parties receiving notices via CM/ECF.


By:  */s/Steven S. Biss*
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone:    (804) 501-8272
        Facsimile:    (202) 318-4098
        Email:       **stevenbiss@earthlink.net**

        *Counsel for the Plaintiff*