IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AUGUST LOUIS WOLF ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 1:18-cv-01180-LO-TCB |
| ) | |
| ) | |
| SAMANTHA MENH ) | |
| ) | |
| Defendant. ) | |
| ) | |

# MEMORANDUM IN SUPPORT
# OF CONSENT MOTION TO RESET HEARING

Plaintiff, August Louis Wolf ("Plaintiff"), by counsel, pursuant to Local Civil Rule 7(F), submits this Memorandum in Support of his Consent Motion to Reset Hearing [*ECF No. 12*]:

1. Plaintiff commenced this action on September 14, 2018 by filing a complaint against Defendant, Samantha Menh ("Defendant"), for tortious interference with contract, defamation *per se*, and common law conspiracy. [*ECF No. 1 ("Complaint")*].

2. On December 11, 2018, Defendant filed a motion to dismiss for lack of personal jurisdiction, improper venue and failure to state a claim pursuant to Rules 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure. [*ECF No. 3*].

3. On December 26, 2018, Plaintiff filed his memorandum in opposition to Defendant's motion to dismiss. [*ECF No. 11*].

4. Defendant's reply to Plaintiff's opposition is due on January 2, 2019.

1

5. A hearing on Defendant's motion to dismiss was set for January 4, 2019 at 10:00 a.m. [*ECF No. 5*; *Motion Hearing Set*].

6. Counsel for the Plaintiff has unavoidable conflicts on January 4, 11, 18 and 25, including a commitment with his son in Vero Beach, Florida, from January 18-20 and a five-day jury trial that begins on January 25. Each of the matters that create the scheduling conflicts were scheduled months ago and cannot be re-scheduled due to pending trial and pretrial deadlines.

7. Counsel for the Plaintiff advised counsel for the Defendant of the unavoidable conflicts, and the need to reset the hearing on Defendant's motion to dismiss. Counsel for the parties have conferred. Counsel for the Defendant consents to Plaintiff's request to reset the hearing.

8. Plaintiff, with Defendant's consent, respectfully requests the Court to reset the hearing on Defendant's motion to dismiss for February 1, 2019 at 10:00 a.m.

9. A proposed Order is attached as *Exhibit "A"*.

WHEREFORE, Plaintiff moves the Court to enter an Order (1) granting Plaintiff's motion; (2) resetting the hearing on Defendant's motion to dismiss for February 1, 2019 at 10:00 a.m.; and (3) awarding such further relief as the Court deems proper.

DATED:   December 27, 2018

                      AUGUST LOUIS WOLF

                By: */s/ Steven S. Biss*
                      Steven S. Biss (VSB # 32972)
                      300 West Main Street, Suite 102
                      Charlottesville, Virginia 22903
                      Telephone:  (804) 501-8272
                      Facsimile:  (202) 318-4098
                      Email:  **stevenbiss@earthlink.net**

                      *Counsel for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2018 a copy of the foregoing was filed electronically using the Court's CM/ECF System, which will send notice to counsel for all parties, and was served electronically in PDF upon counsel for the Defendant.

                By: */s/Steven S. Biss*
                      Steven S. Biss (VSB # 32972)
                      300 West Main Street, Suite 102
                      Charlottesville, Virginia 22903
                      Telephone:  (804) 501-8272
                      Facsimile:  (202) 318-4098
                      Email:  **stevenbiss@earthlink.net**

                      *Counsel for the Plaintiff*